**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TURNER, | ) Case No. CV 14-7409-RGK (JPR) |
|       Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| RANDY GROUNDS, Warden, | ) |
|       Respondent. | ) |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 2, 2014

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE